■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PINEDA, Appellant. [745 NYS2d 446] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered September 8, 1999, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Altman, J.P., Feuerstein, Friedmann, Schmidt and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM STEWART, Appellant. [745 NYS2d 465] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court, dated October 25, 1999 (People v Stewart, 265 AD2d 586), affirming a judgment of the Supreme Court, Kings County, rendered September 15, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745). Santucci, J.P., Florio, Smith and O'Brien, JJ., concur.